**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Patrick CHURILLA, Petitioner**

**No. 391 WAL 2016**

Supreme Court of Pennsylvania.

February 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.